**Order filed May 16, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00143-CR

_____

**CHARLES JASON MORSE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 29th District Court**

**Palo Pinto County, Texas**

**Trial Court Cause No. 14608**

## O R D E R

The court notes that the State was originally directed to file its brief in this cause on or before February 4, 2013. The State not only did not file a brief within the proper time it also did not communicate with this court until some 22 days after the due date. Finally, on February 26, 2013, the Special Prosecutor filed a motion

in which she asked this court to extend the deadline for the filing of the State's brief. Although the motion was filed after the filing deadline had passed, this court granted it and extended the filing deadline to March 27, 2013. Once again, this court heard nothing on or before that date from the Special Prosecutor. This court had no communication from the Special Prosecutor after February 26, 2013. Because another deadline had gone unheeded by the State, by letter dated May 8, 2013, this court directed the clerk of this court to notify the State, through its Special Prosecutor, that on this court's own motion, the filing deadline was extended to May 24, 2013. Even though the filing deadline had passed, only after being contacted by this court did the Special Prosecutor communicate in any way with this court. In response to this court's initiation of communication regarding the deadline, the Special Prosecutor filed another motion for extension of time within which to file the State's brief. In that motion, the Special Prosecutor asked this court to set the date of June 15, 2013, as the deadline for filing the State's brief. The motion is denied.

However, once again, on the court's own motion, the deadline is extended to **May 31, 2013, at 5:00 p.m.** The State is Ordered to file its brief with this court on or before that day and time. If the State has not filed an acceptable brief in this court on or before May 31, 2013, at 5:00 p.m., then the Special Prosecutor in this case, Sue Korioth, is Ordered to appear before this court at the Eastland County

2

Courthouse, 100 West Main, Third Floor, Suite 300, Eastland, Texas, in person at **10:00 a.m. on June 3, 2013,** to show cause why she should not be held in contempt of this court for failure to file a brief as ordered.  A copy of this order is to be delivered to District Judge Mike Moore and to the District Attorney for Palo Pinto County, Texas, Michael K. Burns.

PER CURIAM

May 16, 2013

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.